**SO ORDERED.**

**SIGNED this 22 day of February, 2007.**



_____
**ROBERT F. HERSHNER, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

IN RE:

LUMMUS DEVELOPMENT CORPORATION

Debtor

**CASE NO.** 93-40935 RFH

**CHAPTER 7**

**ORDER REGARDING FUNDS ON DEPOSIT
IN THE REGISTRY OF THE COURT**

It appearing to the Court that on March 21, 2005, the Court entered an order pursuant to a motion by the Chapter 7 trustee to receive into the registry of the Court funds the trustee has determined to be unclaimed; and

It further appearing that the order that was entered specified that these unclaimed funds would be held in the registry of the Court rather than deposited in the normal procedures regarding unclaimed funds; and

It further appearing that the sum of $43,286.03 was deposited into the registry of the Court on behalf of the City of High Point, North Carolina, in the above-referenced case; and

It appearing that these funds have not been claimed and that it is now appropriate for these funds to be transferred to the treasury as unclaimed funds.

IT IS HEREBY ORDERED that the sums on deposit in the registry of the Court pursuant

to this Court's order of March 21 as noted above, less any administrative fee payable from earned interest shall hereby be transferred to the U.S. Treasury as unclaimed funds and removed from the registry of the Court. The funds shall be transferred 20 days after the entry of this order. Any party wishing to object to the transfer of the funds should file a written objection within the 20 days from the date of this order.

End of Document